```
                    LAW OFFICES OF RANDOLPH H. GOLDBERG
             RANDOLPH H. GOLDBERG, ESQ.
                                                      _____
        4    4000 S. Eastern Avenue
             Suite 200                                  Hon. Mike K. Nakagawa
                                                      United States Bankruptcy Judge
        5    Las Vegas, Nevada 89119
        6    (702) 735-1500
             Attorney for Debtor
        7    Nevada State Bar no. 5970
```

Entered on Docket
June 22, 2011

8                    UNITED STATES BANKRUPTCY COURT

9                          DISTRICT OF NEVADA

10                              * * * * * *

11

12   In re:                           )   BANKRUPTCY NUMBER:
     ANTHONY & SHANNETTE WILSON       )   BK-S-10-22084-MKN
13                                    )   Chapter 13
                                      )
14                                    )
                                      )
15              Debtor.                )   Date: N/A
                                       )   Time: N/A
16   _____)

17   **ORDER VOLUNTARILY DISMISSING CHAPTER 13 BANKRUPTCY PETITION**

18        Having read the application of the above-named Debtor

19   by and through his attorney, RANDOLPH H. GOLDBERG, ESQ., and good

20   cause appearing therefore,

21
          IT IS HEREBY ORDERED AND DECREED:
22

23        THAT the Chapter 13 of the Bankruptcy Case be dismissed.

24        IT IS FURTHER ORDERED that KATHLEEN LEAVITT Chapter 13 Trustee receive the

25   sum of $1,044. as and for services rendered in the Chapter 13 proceeding.

26

27        DATED this ____ day of _____, 2011.

1

2 Submitted by:
  THE LAW OFFICE OF
3 RANDOLPH H. GOLDBERG, ESQ.

4 By_/s/RANDOLPH H. GOLDBERG, ESQ. /s/_
  RANDOLPH H. GOLDBERG, ESQ.
5 4000 S. EASTERN AVENUE, STE. 200
  LAS VEGAS, NV 89119
6 Attorney for Debtor

7

8 APPROVED/DISAPPROVED
  AS TO FORM AND CONTENT:
9

10
  KATHLEEN LEAVITT
11 201 S. LAS VEGAS BLVD., SUITE 200
   LAS VEGAS, NV 89101
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27